**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Wade Forrest Cady*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WADE FORREST CADY,<br><br>        Defendants | Case No.: 2:21-mj-00439-EJY-1<br><br>**STIPULATION TO CONTINUE HEARING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for WADE FORREST CADY that the Status Conference set for November 12, 2021, be vacated and set to a date and time convenient to this Court. (Please note Todd will be out of the Country December 20, 2021 through January 7, 2022)

The Stipulation is entered into for the following reasons:

1. The defendant is not in custody and does not object to the continuance.
2. The parties agree to the continuance.
3. Counsel for the Defendant is currently in a state District Court murder trial Case No. 06C228460-2 and is expected to last all this current week .

4. The requested time is not for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of the continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

This is the first stipulation to continue the Status Conference Hearing.

DATED: November 8, 2021

Submitted By: LEVENTHAL & ASSOCIATES, PLLC


By___/s/ Todd M Leventhal_____By___/s/ Rachel Kent_____
TODD M. LEVENTHALRACHEL KENT
Counsel for Defendant Darnele NelsonAssistant United States Attorney

2

**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Wade Forrest Cady*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WADE FORREST CADY,<br><br>Defendant | Case No.: 2:21-cr-mj-00439-EJY-1<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    The defendant is not in custody and does not object to the continuance.

    2.    The parties agree to the continuance.

    3.    Counsel for the Defendant is currently in a state District Court murder trial Case No. 06C228460-2 and is expected to last all this current week

    4.    Additionally, denial of the continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

3

This is the first stipulation to continue the Status Conference Hearing.

## CONCLUSIONS OF LAW

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice. This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)(A) based on the factors outlined in §161(h)(7)(B)(i), (iv).

## ORDER

IT IS FURTHER ORDERED that the Status Conference currently scheduled for November 12, 2021 at the hour of 10:00 a.m., is vacated and continued to February 2, 2022 at the hour of 9:00 a.m., in Courtroom 3D.

DATED: November 9, 2021.

BY: _____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE