**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Wade Forrest Cady*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>WADE FORREST CADY,<br><br>            Defendants | Case No.: 2:21-mj-00439-EJY-1<br><br>**STIPULATION TO CONTINUE HEARING**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for WADE FORREST CADY  that the Status Conference set for March 9, 2022, be continued and set to a date and time convenient to this Court.

The Stipulation is entered into for the following reasons:

1. The defendant is not in custody and does not object to the continuance.
2. The parties agree to the continuance.
3. The defendant needs additional time in order to complete all requirements.
4. Additionally, denial of the continuance could result in a miscarriage of justice.

The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

This is the third stipulation to continue the Status Conference Hearing.

DATED: February 28, 2022

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By___/s/ Todd M Leventhal_____     By___/s/ Mina Chang_____
TODD M. LEVENTHAL                               MINA CHANG
Counsel for Defendant Darnele Nelson        Assistant United States Attorney

**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Wade Forrest Cady*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>WADE FORREST CADY,<br><br>             Defendant | Case No.: 2:21-cr-mj-00439-EJY-1<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

     1.    The defendant is not in  custody and does not object to the continuance.

     2.    The parties agree to the continuance.

     3.    The defendant needs additional time in order  to complete all requirements

     4.    Additionally, denial of the continuance could result in a miscarriage of justice.

The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

This is the third stipulation to continue the Status Conference Hearing.

**CONCLUSIONS OF LAW**

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice. This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)(A) based on the factors outlined in §161(h)(7)(B)(i), (iv).

**ORDER**

IT IS FURTHER ORDERED that the Status Conference currently scheduled for March 9, 2022 at the hour of 9:00 a.m., is vacated and continued to April 13, 2022 at the hour of 9:00 a.m. in Courtroom 3D.

DATED February 28, 2022

BY: _____
MAGISTRATE JUDGE ELAYNA J YOUCHAH