**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Wade Forrest Cady*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WADE FORREST CADY,<br><br>    Defendants | Case No.: 2:21-mj-00439-EJY-1<br><br>**STIPULATION TO CONTINUE HEARING**<br><br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for WADE FORREST CADY that the Status Conference set for April 13, 2022, be continued and set to a date and time convenient to this Court after May 10, 2022, in which date Defendant shall have completed all requirements. (Please note Mr. Leventhal will be out of jurisdiction 06-24-22 – 7/8/2022)

The Stipulation is entered into for the following reasons:

1.  The defendant is not in custody and does not object to the continuance.
2.  The parties agree to the continuance.
3.  The defendant has been attending his required classes (see exhibit 1). He will have completed all requirements by May 10, 2022. Defendant needs additional time in order to complete all requirements.

4. Additionally, denial of the continuance could result in a miscarriage of justice. The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

This is the fourth stipulation to continue the Status Conference Hearing.

DATED: April 6, 2022

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By___/s/ Todd M Leventhal_____     By___/s/ Mina Chang_____
TODD M. LEVENTHAL                                              MINA CHANG
Counsel for Defendant Darnele Nelson            Assistant United States Attorney

**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Wade Forrest Cady*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WADE FORREST CADY, <br><br> Defendant | Case No.: 2:21-cr-mj-00439-EJY-1 <br><br> **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    The defendant is not in custody and does not object to the continuance.

    2.    The parties agree to the continuance.

    3.    The defendant has been attending his required classes (see exhibit 1). He will have completed all requirements by May 10, 2022. Defendant needs additional time in order to complete all requirements.

    4    Additionally, denial of the continuance could result in a miscarriage of justice.

The additional time is excludable in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) based on the factors outlined in §3161(h)(7)(B)(i), (iv).

This is the fourth stipulation to continue the Status Conference Hearing.

**CONCLUSIONS OF LAW**

The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant it would likely result in a miscarriage of justice. This continuance is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161 (h)(7)(A) based on the factors outlined in §161(h)(7)(B)(i), (iv).

**ORDER**

IT IS FURTHER ORDERED that the Status Conference currently scheduled for April 13, 2022 at the hour of 9:00 a.m., is vacated and continued to May 18, 2022 at the hour of 9:00 a.m. in Courtroom 3D.

DATED April 6, 2022

BY: _____
U.S. MAGISTRATE JUDGE ELAYNA J. YOUCHAH