**TODD M. LEVENTHAL, ESQ**.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for Wade Forrest Cady*

## UNITED STATES DISTRICT COURT

## DISTRICT OF  NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>WADE FORREST CADY,<br><br>           Defendants | Case No.: 2:21-mj-00439-EJY-1<br><br>**STIPULATION AND ORDER TO DISMISS THE COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for WADE FORREST CADY  that the Court dismiss the Complaint against Wade Forrest Cady, charging Mr. Cady with one count of Simple Assault, in violation of 18 U.S.C. §§ 113(a)(5). The parties entered a pretrial diversion agreement in this case (see ECF No. 10).  Mr. Cady has successfully completed the terms of that agreement. As such, the Parties believes that in the interest of justice the complaint should be dismissed.

//

//

//

Accordingly, pursuant to the Federal Rule of Criminal Procedure 48(a), the Parties moves to dismiss the Complaint with prejudice.

DATED: May 12, 2022

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By    /s/ Todd M Leventhal                    By    /s/ Mina Chang
TODD M. LEVENTHAL                              MINA CHANG
Counsel for Wade Forrest Cady                  Assistant United States Attorney

## ORDER

The Parties' motion to dismiss is granted. The Complaint is dismissed with prejudice, and the clerk of court is directed to close this file.

DATED May 12, 2022

BY: _____
MAGISTRATE JUDGE ELAYNA J YOUCHAH